SCHONBRUN, DE SIMONE, SEPLOW, HARRIS,
HOFFMAN & HARRISON
PAUL HOFFMAN SBN 71244
CATHERINE SWEETSER SBN 271142
732 Ocean Front Walk
Venice, CA 90291
t. 310 396-0731 f. 310 399-7040
e. hoffpaul@aol.com
e. catherine.sdshhh@gmail.com

LAW OFFICE OF CAROL A. SOBEL
CAROL A. SOBEL SBN 84483
3110 Main Street, Suite 210
Santa Monica, CA 90405
t. 310 393-3055 f. 310 451-3858
e. carolsobel@aol.com

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

WILLIAM GAGAN, SHAWN NEE ;

Plaintiffs,

v.

CITY OF LOS ANGELES, et al.,

Defendants.

)CASE NO: CV 13-08088 DSF (SSx)
)ORDER RE:
)REQUEST TO DISMISS WITH
)PREJUDICE
)
)Action Filed: November 1, 2013
)Date: May 18, 2015
)Ctrm: Roybal 840 (Hon. Dale Fischer)

The parties to the above-captioned action have notified the Court that they have completed the settlement in this matter. Plaintiffs request that the Court enter an order dismissing the action with prejudice against all Defendants..

IT IS SO ORDERED. The action is dismissed with prejudice.

Dated: 4/24/15

Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Lodged by:

LAW OFFICE OF CAROL A. SOBEL

/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

CERTIFICATION OF SERVICE

The undersigned hereby certifies that the foregoing document was served this date on all counsel of record in this action via the Court's Electronic Court Filing ("ECF") system.

Dated: April 23, 2015

/s/
CAROL A. SOBEL